```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

PAMELA SMART,

               Plaintiff,         04 Civ. 8850 (RWS)

   - against -                  O R D E R

GLEN GOORD et al.,

               Defendants.

-------------------------------------X

**Sweet, D.J.,**

     As the parties have informed the Court that settlement negotiations are ongoing, the pending motion to compel will be marked off with leave granted to renew upon written request.

     It is so ordered.

**New York, NY**
**September 30, 2009**

                                    ROBERT W. SWEET
                                       U.S.D.J.